UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Isaul Espinosa

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21    -CR- 496( )( )

Defendant __Isaul Espinosa__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_/s/ Isaul Espinosa_
Defendant's Signature   with permission
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Isaul Esinosa**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**David Bertan**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**10/5/2021**
Date

_Katherine H Paul_
U.S. District Judge/U.S. Magistrate Judge