```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ISAUL ESPINOSA,

                Defendant.

**ORDER**

21 CR 496 (JFK)

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Ona T. Wang on April 12, 2022;

    WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

    WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED.**

Dated: New York, New York
       April 22, 2022

*John F. Keenan*
John F. Keenan
United States District Judge