UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                                    #21 CR 496 (JFK)

        ISAUL ESPINOSA

------------------------------X

The sentence, set for July 12, 2022, has been rescheduled from 11:15 a.m. to 12:30 pm in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

6-30-22

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-30-22