UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-              :            #21 CR 496 (JFK)

    ISAUL ESPINOSA

------------------------------X

The sentencing submissions are due by close of business Wednesday, July 6, 2022

SO ORDERED.

Dated: New York, New York

6-30-22

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-22