UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

      ISAUL ESPINOSA

-----------------------------------------------X

#21 CR 496 (JFK)

The sentence has been rescheduled from July 12, 2022 to Wednesday, July 13, 2022 at 11:30 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

7-11-22

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-11-22